**Order filed March 13, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00804-CV
_____

### M.B. "BENNY" DANESHJOU, INDIVIDUALLY AND AS THE REPRESENTATIVE OF DANESHJOU COMPANY, INC., Appellant

### V.

### ROBERT H. BATEMAN AND BATEMAN/PUGH, P.L.L.C., Appellee

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2009-49701**

## O R D E R

Appellant's brief was due **March 2, 2012.** No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **April 12, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Do Not Publish.